DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **May 4, 2000**, as instrument number **621142**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Cindy Ann Borja       Residence:   Agat, Guam
SSN:   XXX-XX-5084
DOB:   XX-XX-1958                        Mailing Address:   Barrigada, Guam 96929

Court Imposing Judgment:   U.S. District Court of Guam

Court Number:   CR 99-00151

Amount of Judgment:   $2,292.00

Place of filing:   Guam

WITNESS my hand at Hagåtña, Guam, on this, the 18th day of August, 2008.

/s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov